UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LARRY G. PHILPOT,<br><br>        Plaintiff,<br><br>  v.<br><br>THE HEART GENERAL PARTNERSHIP; and JOHN OR JANE DOES 1-5,<br><br>        Defendants. | C20-857 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court sua sponte EXTENDS the deadline for serving the complaint to November 9, 2020. On or before November 9, 2020, plaintiff shall file a status report indicating whether defendants have been served and, if not, whether this matter may be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of October, 2020.

                                              William M. McCool
                                              Clerk

                                              s/Karen Dews
                                              Deputy Clerk

MINUTE ORDER - 1