# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LARRY G. PHILPOT,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE HEART GENERAL PARTNERSHIP; and JOHN OR JANE DOES 1-5,<br><br>　　　　　Defendants. | C20-857 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) By Minute Order entered October 7, 2020, docket no. 5, the Court extended the deadline for serving the complaint, and directed that plaintiff file a status report by November 9, 2020, concerning whether defendants have been served. No status report has been filed. Plaintiff is DIRECTED to show cause within fourteen (14) days of the date of this Minute Order why this matter should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of November, 2020.

　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　s/Gail Glass
　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1