UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LARRY G. PHILPOT,<br><br>               Plaintiff,<br><br>v.<br><br>THE HEART GENERAL PARTNERSHIP; and JOHN OR JANE DOES 1-5,<br><br>               Defendants. | C20-857 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed plaintiff's response, docket no. 7, to the Minute Order entered November 16, 2020, docket no. 6, the Court EXTENDS the deadline for serving the complaint to January 31, 2021.  On or before February 1, 2021, plaintiff shall file a status report indicating whether defendants have been served and, if not, whether this matter should be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of December, 2020.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1